```
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
Amy V. Mondragon, Esq.
Nevada Bar No. 010156
FREEMAN & MONDRAGON
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 990-4913
Attorneys for Defendant
American Family Mutual Insurance Company
```

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

* * * * *

| | |
|---|---|
| CAROL ANN CARDIA, individually | CASE NO: 2:09-cv-02386-LDG-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| DAVID FRANCIS HUTZLER, individually, AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Company and DOES I through V and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled. The above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 30 day of July, 2010.

FREEMAN & MONDRAGON

_____
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Amy V. Mondragon, Esq.
Nevada Bar No. 10156
1060 Wigwam Parkway
Henderson, Nevada 89074
Attorneys for Defendant
American Family Mutual Insurance Company

DATED this ___ day of June, 2010.

SAM HARDING LAW FIRM

_____
Samuel A. Harding, Esq. Esq.
Nevada Bar No. 001877
1100 East Bridger Avenue
Las Vegas, Nevada 89101
Attorneys for Plaintiff

FREEMAN & MONDRAGON
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 990-4913

## ORDER

BASED UPON THE FOREGOING STIPULATION and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter be dismissed, with prejudice, and each party to bear its own costs and attorneys fees.

DATED this 5 day of Aug, 2010.

_____
DISTRICT COURT JUDGE

Submitted by:

FREEMAN & MONDRAGON

_____
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Amy V. Mondragon, Esq.
Nevada Bar No. 10156
1060 Wigwam Parkway
Henderson, Nevada 89074
Attorneys for Defendant
American Family Mutual Insurance Company

FREEMAN & MONDRAGON
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 990-4913

Page 2